## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Kendra Mitchek ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-15-1340-F |
| ) | |
| Nestlé Purina PetCare Company ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41(a) (1) (ii), the parties jointly stipulate and agree that this matter shall be dismissed as to defendant, with prejudice, each side to bear their own costs and attorney fees.

Respectfully Submitted,

_s/Loren Gibson_____
Loren Gibson, OBA 14348
Gibson & Associates, P.L.C.
105 N. Hudson, Suite 312
Oklahoma City, OK 73102
405/270-0900
405/270-0903 (fax)
**Counsel for Plaintiff**


s/Bernard J. Bobber
(signed by filing attorney with permission)
Bernard J. Bobber, WI #1015499
Joseph P. Campbell, WI # 1098473

1

OGELTREE, DEAKINS, NASH
SMOAK & STEWARDT, P.C.
Pabst Boiler House
1243 N. 10th
Suite 210
Milwaukee, WI 53205
Telephone: 414.239.6400
Facsimile: 414.755.8289

And

Mack J. Morgan, OBA 6397
Crowe & Dunlevy
324 N. Robinson Avenue, Suite 100
Oklahoma City, OK  73102
405/235/7727
405/239/6651 (fax)
**Counsels for Defendant**